1

2

3

4   *E-filed on*: _____3/30/07_____

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| | |
|---|---|
| 12  DONNA MARTINEZ, | No. C-03-05504 RMW<br>No. C-04-00805 RMW |
| 13            Plaintiff, | |
| 14        v. | ORDER DENYING APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS |
| 15  APPLE COMPUTER | |
| 16            Defendant. | |

| | |
|---|---|
| 17<br>18  DONNA MARTINEZ, | No. C-04-00806 RMW |
| 19            Plaintiff, | ORDER DENYING APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS |
| 20        v. | |
| 21  WORKERS COMPENSATION APPEALS<br>BOARD, | |
| 22            Defendant. | |

23

24        On March 15, 2007, plaintiff Donna Martinez filed an application for waiver of court fees and

25   costs[1] in the three cases closed cases assigned to this court: *Martinez v. Apple Computer, Inc.*, C-03-

26   05504 RMW; *Martinez v. Apple Computer, Inc.*, C-04-00805; and *Martinez v. Workers Compensation*

27   *Appeals Board*, C-04-00806.  She asks the court to provide her, without charge, a full copy of the case

28   _____
       [1]        This request was submitted on state court forms and did not include the requested
    financial information to confirm eligibility for relief.  The request attached a printout of property
    taxes owed at her primary address.

1   file and transcripts for all three cases.  The court denies this request.  As set forth on the court's website

2   at http://www.cand.uscourts.gov under "Getting Docket Info," Ms. Martinez may contact a copy and

3   retrieval service.  The court regularly uses the services of Pacific Research & Retrieval, who may be

4   reached at 408-295-6800.

5

6

7   DATED:      3/23/07                           Ronald M Whyte

8                                                 RONALD M. WHYTE
                                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **Notice of this document was mailed on**     **3/30/07**    **to:**

2    **Counsel for Plaintiff(s):**

3    Donna Martinez
      153 Arabian Way
4    Scotts Valley, CA 95066
      PRO SE
5

6    **Counsel for Defendant(s):**

7    No appearance

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW
3